IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAILU WESLEY, | No. C 13-5343 LHK (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| WARDEN GARY SWARTHOUT, | |
| Respondent. | |

On November 18, 2013, petitioner, a state prisoner proceeding *pro se*, filed a federal writ of habeas corpus and a motion for leave to proceed in forma pauperis ("IFP"). On March 24, 2014, the court denied petitioner's motion for leave to proceed IFP and directed respondent to file a motion to dismiss or a notice that a motion to dismiss was inappropriate. The court ordered petitioner to pay the $5.00 filing fee within thirty days or face dismissal of this action. To date, petitioner has not paid the filing fee or otherwise communicated with the court. As more than thirty days have passed since petitioner was instructed to do so, this case is DISMISSED without prejudice. The clerk shall terminate all pending motions and close the case.

IT IS SO ORDERED.

DATED: 5/9/14

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\HC.13\Wesley343failpay.wpd