IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAILU WESLEY, | ) | No. C 13-5343 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN GARY SWARTHOUT, | ) | |
| Respondent. | ) | |

   The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

   IT IS SO ORDERED.

DATED: 5/9/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\HC.13\Wesley343jud.wpd