IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAILU WESLEY,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>GARY SWARTHOUT, Warden,<br><br>　　　　Respondent. | No. C 13-5343 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION |

Petitioner, a state prisoner proceeding *pro se*, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 22, 2014, respondent filed a motion to dismiss the petition as a second or successive petition. (Docket No. 8.) On June 17, 2014, the court directed petitioner to file an opposition within twenty-eight days of the court's order. (Docket No. 10.) Petitioner has filed a motion requesting an extension of time to file an opposition because he has not had adequate time in the law library to conduct research. (Docket No. 12.)

Petitioner's motion is **GRANTED**. Petitioner shall file an opposition no later than August 12, 2014, which is an additional twenty-eight days from current due date. Respondent shall file a reply **fourteen days** thereafter.

IT IS SO ORDERED.

DATED: 7/16/14

_____
LUCY H. KOH
United States District Judge

Order Granting Mot. for Ext. of Time to file Opposition.
P:\PRO-SE\LHK\HC.13\Wesley343eot1-opp.wpd